UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
JAIME LACAYO, on behalf of himself
and others similarly situated,                              Docket No. 08 Civ. 02783

                        Plaintiff,

                                                              **RULE 7.1 DISCLOSURE**

      -against-

RIVERDALE SERVICE STATION, INC.,

                        Defendant.
----------------------------------------------------------x

      Defendant, RIVERDALE SERVICE STATION, INC., through its attorneys, NESCI - KEANE, PLLC, submits as and for its Rule 7.1 Corporate Disclosure as follows:

      RIVERDALE SERVICE STATION, INC. is a close corporation with no parent or subsidiary companies.

Dated: Hawthorne, New York                        Yours, etc.,
       April 17, 2008

                                                       NESCI - KEANE, PLLC

                                                       By: _____
                                                       Jason M. Bernheimer, Esq. (JB 9566)
                                                       Attorneys for Defendant
                                                       40 Saw Mill River Road - Suite UL1
                                                       Hawthorne, New York 10532
                                                       (914) 345-0005
                                                       File No. 08-069/217578

TO:    LAW OFFICES OF ROBERT L. KRASELNIK
        Attorneys for Plaintiff
        40 Wall Street - 28th Floor
        New York, New York 10005
        (212) 400-7160

STATE OF NEW YORK            )
                             )SS.:
COUNTY OF WESTCHESTER        )

      Kristine Carrizzo, being duly sworn says:

      I am not a party to the action, am over 18 years of age and reside at Dutchess County, New York. On April 17, I served a true copy of a **RULE 7.1 DISCLOSURE** by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York addressed to the last known address of the addressee as indicated below:

TO:   LAW OFFICES OF ROBERT L. KRASELNIK
       Attorneys for Plaintiff
       40 Wall Street - 28th Floor
       New York, New York 10005

                                           _____
                                           KRISTINE CARRIZZO

SWORN to before me this
17th day of April, 2008

_____
JASON M. BERNHEIMER
Notary Public, State of New York
     No. 02BE6019121
 Qualified in Westchester County
Commission Expires February 1, 2011