UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=====================================================X
JAIME LACAYO, on behalf of himself and            Docket No. 08 CV 02783
others similarly situated,                        Trial by Jury demanded

                        Plaintiff,

    - against -                                   ANSWER

RIVERDALE SERVICE STATION, INC.,

                        Defendant.
-----------------------------------------------------------------------x

    Defendant, RIVERDALE SERVICE STATION, INC., by its attorneys, NESCI - KEANE PLLC, answering the complaint herein, states:

    1.    Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 5 and 22 of the complaint.

    2.    Denies each and every allegation contained in paragraphs 1, 2, 9, 10, 11, 12, 13, 15, 17, 19, 20, 21, 23, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44 and 45 of the complaint.

    3.    Denies each and every allegation contained in paragraphs 3, 4, 8, 24 and 25 of the complaint, except leave all questions of law to the Court.

    4.    Denies each and every allegation contained in paragraph 7, except admits Plaintiff worked from May 5, 2006 to August 18, 2006 and May 7, 2007 to July 11, 2007.

    5.    Denies each and every allegation contained in paragraph 18, except admits Plaintiff was employed by Defendant.

WHEREFORE, Defendant demands judgment dismissing the complaint herein, together with costs and disbursements of this action and for such other and further relief as to the Court may deem just and proper.

Dated: Hawthorne, New York
April 3rd, 2008

                                                  NESCI - KEANE PLLC
                                                  by _____
                                                    VINCENT P. NESCI (N7463)
                                                    Attorneys for Defendant
                                                    Office & P. O. Address
                                                    40 Saw Mill River Road, Suite UL1
                                                    Hawthorne, New York 10532
                                                    (914) 345-0005
                                                    File No. 08-069/217578

TO:    LAW OFFICES OF ROBERT L. KRASELNIK, PLLC
         Attorneys for Plaintiff
         Office & P. O. Address
         40 Wall Street, 28th Floor
         New York, New York 10005
         (212) 400-7160

STATE OF NEW YORK        )
                         )SS.:
COUNTY OF WESTCHESTER    )

      KRISTINE CARRIZZO, being duly sworn says:

      I am not a party to the action, am over 18 years of age and reside at Dutchess County, New York. On April 3, 2008, I served a true copy of an Answer, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York addressed to the last known address of the addressee as indicated below:

TO:   LAW OFFICES OF ROBERT L. KRASELNIK, PLLC
      Attorneys for Plaintiff
      40 Wall Street, 28th Floor
      New York, New York 10005

                                                                 KRISTINE CARRIZZO

SWORN to before me this

3rd day of April 2008

_____
   VINCENT P. NESCI
Notary Public, State of New York
    No. 60-81207904
  Qualified in Westchester County
  Commission Expires January 31, 2011