USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 8 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Jaime Lacayo, *on behalf of themselves and all others similarly situated,*

                    Plaintiff,

    -against-

Riverdale Service Station, Inc.

                    Defendant.
------------------------------------------------------------X

08 Civ. 2783 (PAC)
ORDER OF DISCOTINUANCE

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled[1], it is,

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The Court will sign a Stipulation of Settlement upon receipt from either party. In light of the settlement, the April 28, 2008 Initial Pretrial Conference is cancelled. The Clerk of Court is directed to close this case.

Dated: New York, New York
         April 28, 2008

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

---

[1] See attached letter from Robert L. Kraselnik dated April 25, 2008.

1

LAW OFFICES OF
# ROBERT L. KRASELNIK, PLLC
40 WALL STREET, 28TH FLOOR
NEW YORK, NY 10005
212-400-7160

---

robert@kraselnik.com
www.kraselnik.com

DIRECT: 212-400-7161
FAX: 212-400-7162

April 25, 2008

**Via E-Mail**
Honorable Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
Chambers 735
New York, NY 10007

    Re: Jaime Lacayo v. Riverdale Service Station, Inc. (08-CV-2783)

Dear Judge Crotty:

  On behalf of both parties, I am pleased to advise the Court that the parties have resolved this matter and are in the process of preparing the settlement documents. We will file a voluntary dismissal shortly. As a result, the parties respectfully request that Monday's conference and all other Court-Ordered dates be cancelled.

  We thank Your Honor for considering this request.

          Respectfully submitted,

         Law Offices of Robert L. Kraselnik, PLLC

         Robert L. Kraselnik

cc: Vincent Nesci, Esq. (Via E-Mail)